UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
TRUCKLEASE CORPORATION
d/b/a AMI LEASING,

        Plaintiff,    :  Civ. A. No. _____

    v.    :

UNIVERSAL LOGISTICS    :
SERVICES, INC.,

    :

        Defendant.
----------------------------------------x

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Universal Logistics Services, Inc. ("ULS"), hereby removes this action from the Worcester Superior Court to the United States District Court for the District of Massachusetts.

1.    Plaintiff Trucklease Corp. d/b/a AMI Leasing ("AMI") commenced this action, styled Trucklease Corp. d/b/a AMI Leasing v. Universal Logistics Services, Inc., in Worcester Superior Court on or about April 29, 2004. A copy of the Complaint and Summons are attached hereto as Exhibit A.

2.    Defendant ULS was served with process and received a copy of the Complaint on May 10, 2004. The time for removal prescribed by 28 U.S.C. § 1446(b) has not expired.

3.    As pleaded in the Complaint, the parties are completely diverse: Plaintiff AMI is a Massachusetts corporation with a principal place of business in Worcester,

Massachusetts; Defendant USL is a Georgia corporation with a principal place of business in Alpharetta, Georgia. (Compl. ¶ 2.)

4. As alleged in the Complaint, the amount in controversy exceeds $75,000: Plaintiff's demand is for $154,124.37. (Compl. ¶¶ 5, 8, 15, 18(b).)

5. Because this action is between citizens of different states and the amount in controversy exceeds $75,000, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332. As such, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

UNIVERSAL LOGISTICS
SERVICES, INC.,
By its attorneys

Rudolph F. Pierce (BBO #399380)
Dennis A. Murphy (BBO #645168)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110
(617) 482-1776

### Certificate of Service

I, Dennis A. Murphy, hereby certify that I served the foregoing Notice of Removal by first class mail, postage prepaid, upon counsel for the Plaintiff, Vladimir von Timroth, Esq., Aframe, Barnhill and von Timroth, 370 Main Street, Suite 975, Worcester, MA 01608.

Dennis A. Murphy

Dated: June 1, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Trucklease Corporation d/b/a AMI Leasing v. Universal Logistics Services, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
           *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☒ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

   FILED IN CLERK'S OFFICE 2004 JUN 1 P 3:03
   U.S. DISTRICT COURT DISTRICT OF MASS.

   04 11152 RWZ

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐  NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐  NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐  NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐  NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒  NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☒   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐  NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Dennis A. Murphy__
ADDRESS __Goulston & Storrs, 400 Atlantic Avenue, Boston, MA 02110__
TELEPHONE NO. __617-574-6538__

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Trucklease Corporation d/b/a AMI Leasing

### DEFENDANTS
Universal Logistics Services, Inc.

**(b)** County of Residence of First Listed Plaintiff: Worcester, MASS.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Vladmir von Timroth, Esq.
Aframe, Barnhill and von Timroth
370 Main Street, Suite 975
Worcester, MA 01608

Attorneys (If Known): Rudolph F. Pierce and Dennis A. Murphy
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110

Stamp: FILED IN OFFICE 2004 JUN -1 P 3:03 U.S. DISTRICT COURT DISTRICT OF MASS.

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. sec. 1332 Breach of Lease Agreement

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 154,124.37

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6/1/04

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                                    Superior Court Department
                                                                  Docket #_____

| | |
|---|---|
| TRUCKLEASE CORPORATION d/b/a AMI LEASING | ) ) ) ) |
| vs | ) ) |
| UNIVERSAL LOGISTICS SERVICES, INC. | ) ) ) |

## COMPLAINT

This is an action to recover money owed under a vehicle lease contract.

### Parties

1. The Plaintiff Trucklease corporation, d/b/a AMI Leasing (hereinafter AMI) is a Massachusetts corporation with a principal place of business at 36 West Boylston Steet, Worcester, MA 01613.

2. Universal Logistics Services Inc., (hereinafter Universal) is, upon information and belief, a corporation, incorporated under the laws of the State of Georgia,. with a principal place of business at 353 Curie drive, Alepharetta, GA 30005. At all times, relevant to this action, Universal conducted business in the Commonwealth of Massachusetts.

### Facts

3. On or about February 26, 2001 Universal and AMI entered into vehicle lease number T2888, attached hereto as EXHIBIT A.

1

number T2888, attached hereto as EXHIBIT A.

4. Pursuant to such lease, in the event of early cancellation, Universal was required to pay a cancellation fee as well as other related charges, including attorney's fees.

5. On or about December 15, 2003 Universal canceled its contract with AMI. As a result of such cancellation Universal owes the approximate amount of $154,124.37 plus interest.

6. Universal has refused to pay AMI the sums due under the cancellation of the contract agreement, after demand.

7. As a result of such failure to pay the cancellation fee, the contract between AMI and Universal was breached.

8. AMI has suffered damages in the amount exceeding $154,124.37 plus attorney's fees as well as interest and other charges.

## COUNT I

### (Breach of contract)

9. The plaintiff AMI restates and reincorporates the allegations set forth in paragraph one through eight of the above complaint as if they were fully stated herein.

10. AMI and Universal entered into a contract

11. Vehicle Lease No. T2888 was made on or about February 26, 2001.

12. Universal has canceled the lease agreement and surrendered the trucks.

13. Universal has failed to pay, after demand, the cancellation charges due under

2

the contract.

14. This action of Universal amounts to a breach of contract.

15. As a result of such breach AMI was damaged.

**WHEREFORE** AMI demands judgment in the amount of $154,124.37, plus attorneys fees, interest and associated costs.

## COUNT II

### (Unjust Enrichment)

16. The Plaintiff repeats and realleges the facts state in paragraph one through sixteen above as if fully set forth herein.

17. The Defendant, Universal, has been unjustly enriched at the expense of the Plaintiff having received the property or benefits of possessing and using the property of the Plaintiff.

18. The Defendant, Universal should be required to disgorge all monies, profits, and gains which they have obtained or realized at the expense of the Plaintiff.

**WHEREFORE** the Plaintiff AMI by their Counsel request that this Court:

   a. Enter judgment on all counts for AMI;

   b. Award AMI the sum $154,124.37 plus interest, attorney's fees and associated costs;

   c. Award AMI reasonable contractual attorney fees which AMI incurred in its attempt to collect the cancellation fees.

3

Respectfully Submitted,

TRUCKLEASE CORPORATION
d/b/a AMI LEASING


By their counsel,

_____
Vladimir von Timroth (BBO # 643553)
AFRAME, BARNHILL, & VON TIMROTH, P.A.
370 Main Street, Suite 975
Worcester, MA 01608
(508)756-6940
(508)753-8219 Fax

Dated: 4/29/04

4