UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **TRUCKLEASE CORPORATION** d/b/a AMI LEASING, Plaintiff, | : FILED IN CLERK'S OFFICE |
| v. | : Civ. A. No. 04-11152 |
| | 2004 JUN -7 P 1: 20 |
| **UNIVERSAL LOGISTICS SERVICES, INC.**, Defendant. | : U.S. DISTRICT COURT DISTRICT OF MASS. |

---

## NOTICE OF APPEARANCE
## OF CARL. D. AFRAME

Please take notice that attorney Carl D. Aframe, of Aframe Barnhill & von Timroth, P.A., will appear in this case. All notices to attorney Aframe should be sent to Carl D. Aframe, Aframe, Barnhill & von Timroth, 370 Main Street, Suite 975, Worcester, MA 01608-1723.

TRUCKLEASE D/B/A AMI LEASING
By its counsel

Carl D. Aframe, Esq. BBO 012780
Vladimir von Timroth, Esq. BBO 643553
Aframe, Barnhill & von Timroth, P.A.
370 Main Street, Suite 975
Worcester, MA 01608-1723
(508) 756-6940
Facsimile # (508) 753-8219
aframe@aframebarnhill.com

DATE: June 3, 2004