UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
TRUCKLEASE CORPORATION
d/b/a AMI LEASING,                                  :

        Plaintiff,                              :       Civ. A. No. 04-11152-RWZ

        v.                                           :

UNIVERSAL LOGISTICS                                 :
SERVICES, INC.,
                                                     :
        Defendant.
---------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties in the above-captioned matter hereby agree and stipulate that all claims and counterclaims in the above-captioned action be dismissed with prejudice, without fees, costs, expenses or interest to any party, and with each party waiving any and all rights to appeal.

| TRUCKLEASE CORPORATION | UNIVERSAL LOGISTICS |
|---|---|
| d/b/a AMI LEASING | SERVICES, INC. |
| By its attorney | By its attorney |
| | |
| /s/  Vladimir von Timroth | /s/   Dennis A. Murphy |
| Carl D. Aframe, Esq. (BBO #012780) | Rudolph F. Pierce (BBO #399380) |
| Vladimir von Timroth, Esq. (#643553) | Dennis A. Murphy (BBO #645168) |
| Aframe, Barnhill & von Timroth, P.A. | Goulston & Storrs, P.C. |
| 370 Main Street, Suite 975 | 400 Atlantic Avenue |
| Worcester, MA 01608 | Boston, MA 02110 |
| (508) 756-6940 | (617) 482-1776 |

Dated: August 20, 2004